**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1055**
_____

BRAD R. JOHNSON,

             Plaintiff - Appellant,

        v.

RANDALL BRYANT; DORIS CUBITT, CPA; MALANE S. PIKE, Esq.;
MARK T. HOBBS, CPA; GARY F. FORTE; BOBBY R. CREECH, JR.,
CPA; DONALD H. BURKETT, CPA; ANTHONY A. CALLANDER, CPA;
WENDELL LUNSFORD, PA; JOHN F. CAMP, CPA,

             Defendants – Appellees,

        and

HENRY D. MCMASTER,

             Defendant.

_____

**No. 12-1057**
_____

BRAD R. JOHNSON,

             Plaintiff - Appellant,

        v.

DORIS CUBITT, CPA; A. ABLE, CPA; B. BAKER, CPA; C. CHARLIE,
CPA,

             Defendants – Appellees,

        and

LEWIS V. HALL,

            Defendant.

——————————

Appeals from the United States District Court for the District of South Carolina, at Columbia and Florence. Terry L. Wooten, District Judge. (3:09-cv-00102-TLW; 4:08-cv-02726-TLW)

——————————

Submitted: May 18, 2012             Decided: June 6, 2012

——————————

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

——————————

Affirmed by unpublished per curiam opinion.

——————————

Brad R. Johnson, Appellant Pro Se. Jerome Scott Kozacki, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Brad R. Johnson appeals the district court's orders granting summary judgment to the Appellants and denying his motion for reconsideration. We have reviewed the records and the district court's orders and affirm for the reasons cited by the district court. See <u>Johnson v. Bryant</u>, Nos. 3:09-cv-00102-TLW; 4:08-cv-02726-TLW (D.S.C. Sept. 28, 2011; Dec. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>